ESTATE OF KARLSON: PEARSON, Appellant, vs. CARLSON and others, Respondents.

For the appellant: *Maynard Berglund,* attorney, and *A. Walter Dahl* of counsel, both of Superior.

For the respondents: *Harry E. Larsen* of Superior.

*By the Court.*—Judgment affirmed.